# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 20-CV-02795-RBJ

DANA EDMAN-BONDS, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF PAYTON JEAN EDMAN,

Plaintiff,

vs.

MEMORIAL HOSPITAL OF CARBON COUNTY FOUNDATION,
C.R. ENGLAND, INC., AND
VIRGIL HUNTER SUNDAY,

Defendants.

---

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT MEMORIAL HOSPITAL OF CARBON COUNTY FOUNDATION**

---

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the undersigned hereby dismisses Defendant Memorial Hospital of Carbon County Foundation without prejudice. Each party shall bear their own attorney's fees and costs.

Respectfully submitted this 10th day of November 2020.

**ERIK G. FISCHER. P.C.**

*/s/ Thomas R. Peterman, Jr.*
Thomas R. Peterman, Jr., #50292
125 South Howes-Ste 900, Fort Collins, CO 80521
Telephone: (970) 482-4710
Facsimile: (970) 482-4729
Email: Russ@fischerlawgroup.com
*Attorneys for Plaintiff*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of November 2020, a true and correct copy of the foregoing **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT MEMORIAL HOSPITAL OF CARBON COUNTY FOUNDATION** was e-filed and e-served via the Court's ECF upon the following: Stuart R. Day, Esq., Attorney for Defendant Memorial Hospital of Carbon County Foundation and Daniel J. Bristol, Attorney for Defendants C.R. England, Inc. and Virgil Hunter Sunday.

                  */s/ Allicia D. Battles*
                  For Erik G. Fischer, P.C.